DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOEY ALLAN DEESE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1252

_____

October 24, 2025

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.